| | AUSA: | Jeanine Brunson | Telephone: | (313) 226-9597 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Jeff Jacobs | Telephone: | (313) 618-4924 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Adam Taylor Wright

Case: 2:18-mj-30402
Judge: Unassigned,
Filed: 07-27-2018
CMP: USA v WRIGHT (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 26, 2018__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeff Jacobs, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: JUL 2 7 2018

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Elizabeth Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

Jeff Jacobs, being duly sworn states:

1. I am a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such. I have been employed as a Special Agent since January 2005 and currently assigned to the FBI Oakland County Gang and Violent Crime Task Force. In addition, I am also the FBI Oakland County Bank Robbery Coordinator. I have conducted and participated in investigations into organized crime, bank robberies, carjackings, gang related shootings, narcotics trafficking and bank robberies.

2. The statements contained in this Affidavit are based in part on information provided by other Special Agents and/or local law enforcement officers, witnesses, my observations, and my experience. I have not included all the facts known about the case, but only those necessary to establish probable cause that ADAM TAYLOR WRIGHT has violated Title 18, United States Code, Section 2113(a) – bank robbery.

3. On July 26, 2018, at approximately 12:50 p.m., the Cornerstone Community Financial Credit Union branch located at 2935 University Road, Auburn Hills, Michigan, was robbed. At that time, the robber entered the Credit Union, approached a bank employee informed the employee it was a robbery

and demanded all of the money in his drawer. The robber implied he was armed by motioning to his waistband and stating "give me all your money or I will shoot you in the face." The robber also instructed the employee not to give him any dye packs. Out of fear for his life, the employee complied and gave the robber approximately $10,400 from his drawer. The robber then exited out the front door and proceeded to run out of the parking lot.

4. The Cornerstone Community Financial Credit Union insured by the National Credit Union Administration.

5. The robber was described as a white male, approximately 6' tall, with tattoos all over both of his forearms, and having tattoos on his neck, which protruded out of his shirt. The robber was wearing a black shirt, a gold watch or bracelet, and dark pants. Per review of surveillance video from the Credit Union, the robber had something under his right eye, which resembled a tattoo.

6. A still shot of the robber was taken from the Credit Union's surveillance video during the time of the robbery of the robber and disseminated to the general public and the law enforcement community. A United States Probation Agent in the Eastern District of Michigan contacted the affiant and the Auburn Hills Police advising that the robber was ADAM T WRIGHT, a parolee under the agent's supervision.

7. Law enforcement compared a still from the video surveillance of the Credit Union to WRIGHT and confirmed that the individual in the still image was WRIGHT. In addition, a photo of WRIGHT was provided by his Probation agent. In the photo WRIGHT had a diamond shape tattoo under his right eye and tattoos protruding from his shirt.

8. WRIGHT's criminal history includes felony convictions for Bank Robbery in 2004 and Bank Robbery in 2011.

9. On July 26, 2018, the Auburn Hills Police Department conducted a probable cause arrest of WRIGHT for the July 26, 2018 robbery of the Cornerstone Community Financial Credit Union branch located at 2935 University Road, Auburn Hills, Michigan.

10. During an interview subsequent to arrest, WRIGHT admitted to robbing Cornerstone Community Financial Credit in Auburn Hills that day. WRIGHT also admitted to robbing a the Chase Bank branch located on 45303 Van Dyke, Utica, Michigan on July 14, 2018, and a credit union in Joliet, Illinois on July 23, 2018.

Based on the above information, there is probable cause to believe that ADAM TAYLOR WRIGHT, committed bank robbery, in violation of Title 18, United States Code, Section 2113(a). Said violation occurred on July 26, 2018 in the Eastern District of Michigan.

_____
SPECIAL AGENT JEFF JACOBS
FBI Oakland County Gang / Violent Task Force


Sworn before me on 27st of July, 2018

_____
The Honorable Elizabeth Stafford,
United States Magistrate Judge